DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. GREEN

No. 65 PC.

Case below: 17 N.C. App. 595.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.


STATE v. O'NEAL

No. 67 PC.

Case below: 17 N.C. App. 644.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.


STATE v. WHITE

No. 17

Case below: 18 N.C. App. 31.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973. Appeal dismissed ex mero motu for lack of substantial constitutional question 1 June 1973.


STATE v. WHITE

No. 54 PC.

Case below: 16 N.C. App. 652.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.